USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 6 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| - v. - | 19 Cr. |
| JOHN LAMBERT, a/k/a "Eric Pope," | 19 Mag. 3608 |
| Defendant. | |

JUDGE CAPRONI

**19 CRIM 571**

- - - - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charges and of his rights, hereby waives, in open court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JOHN LAMBERT
Defendant

_____
Witness

_____
GARY A. PETERS, ESQ.
Counsel for Defendant

Date:   New York, New York
        August 6, 2019