| | |
|---|---|
| **From:** | Eric Pope |
| **Sent:** | Wednesday, September 20, 2017 10:55 AM |
| **To:** | Sam Miami Exotics |
| **Subject:** | Re: For Immediate Update |

Phone Number - 347-441-4153



**Eric Pope**
*Attorney at Law, HC, PLLC Legal Principle*
**Headline Consulting, PLLC.**
p:  917.480.5666
a:  76 Water St - New York, New York 10005
w:  www.headlineconsulting.net
      e:  epope@hlineconsulting.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On September 20, 2017 at 10:44:21 AM, Sam Miami Exotics (sam@miamiexotics.com) wrote:

> My account has been compromised. Can someone call me ASAP THIS IS AN EMERGNCY.
> Sent from my iPhone
>
> On Sep 13, 2017, at 9:54 AM, Eric Pope <epope@hlineconsulting.com> wrote:
>
>> Sam,
>>
>> Our goal is to structure this as a rewards offering based on the project. The amount of tokens the customer purchases will simply outline the amount of volume reward the customer gains.
>>
>> Based on this, the percentage and reward system would not classify a security.
>>
>> Also, since a utility token holder has not voting power or corporate authority, this even more so eliminate security like elements.
>>
>> Kindly,
>>
>> 
>>
>> Eric Pope
>> *Attorney at Law, HC, PLLC Legal Principle*
>> **Headline Consulting, PLLC.**
>> p:  917.480.5666
>> a:  76 Water St - New York, New York 10005

1

> w: www.headlineconsulting.net
> e: epope@hlineconsulting.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Sep 12, 2017, at 5:04 PM, Sohrab Sharma <ssharma491@gmail.com> wrote:

> So just to confirm Eric we are able to offer this to card holders:
>
> 0.8% of the revenue share from Visa and MasterCard given to token holders divided by the percentage of CTR tokens owned (CTR TOKENS are a fixed amount 100M) and this program is only for eligible card + token holders. This is not classified as a security correct ?
>
> Sent from my iPhone
>
> On Sep 12, 2017, at 4:32 PM, Eric Pope <epope@hlineconsulting.com> wrote:
>
>> Sam,
>>
>> Please see the attached additions;
>>
>> Major focus was on AML/Token Sale Terms.
>>
>> Next:
>> 8-k Copy
>> Press Release
>> Website Review of Claims
>>
>> Any questions please advise. Keep in mind your token sale terms must be a living and 'breathing document' - more edits are inevitable - as the SEC builds, we will have to change the terms too reflect any coming lingo. Our goal is to present this token and the rewards program in a light that makes it not a security - to the effect the law continues to allow.
>>
>> Kindly,
>>
>> <hlinesig sm.png>   **Eric Pope**
>> *Attorney at Law, HC, PLLC Legal Principle*
>> **Headline Consulting, PLLC.**
>> p: 917.480.5666
>> a: 76 Water St - New York, New York 10005
>> w: www.headlineconsulting.net
>> e: epope@hlineconsulting.com

2

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

<CTR Token Sale Terms .docx>

<Terms of Service .docx>

<KYC AML.docx>