Pope & Dunn Law, PLLC

info@hlineconsulting.com



# INVOICE

**BILL TO**
Centra Tech

**INVOICE #**
**DATE** 08/10/2017
**DUE DATE** 08/10/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales** <br> Retainer for Service |  | 5,000.00 | 5,000.00 |

FULL DEPOSIT

PAYMENT  5,000.00
BALANCE DUE  **$0.00**

PAID

Pope & Dunn Law, PLLC

info@hlineconsulting.com



# INVOICE

**BILL TO**
Centra Tech

**INVOICE #**
**DATE** 09/06/2017
**DUE DATE** 09/06/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Sales<br>S.E.C 8-K Preparation, Formation & Filing | 1 | 3,000.00 | 3,000.00 |
| Legal Services:PHONE COUNSEL<br>Phone Counsel | 3 | 120.00 | 360.00 |
| Sales<br>Term Update | 4 | 120.00 | 480.00 |
| Sales<br>Sunday Call | 1 | 200.00 | 200.00 |
| Sales<br>Article Removal | 3 | 120.00 | 360.00 |

FULL AUGUST BILL

PAYMENT 4,400.00
BALANCE DUE **$0.00**

*PAID*