USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :      19-CR-571 (VEC)
          -against-                  :
                                     :           ORDER
JOHN LAMBERT,                        :
a/k/a "Eric Pope,"                   :
                          Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing in this matter was adjourned pending the resolution of a separate criminal case against the founders of Centra Tech, Inc., which filed a disputed motion to participate in sentencing as a victim of Defendant's scheme, Dkt. 38;

WHEREAS all Centra Tech defendants have since pleaded guilty, *see* Order, *United States v. Sharma*, No. 18-CR-340, Dkt. 369 (S.D.N.Y. July 21, 2020); and

WHEREAS another purported victim of Defendant's scheme, Mr. Penn Little, has requested victim's rights, including restitution, Dkt. 39;

IT IS HEREBY ORDERED that the Government must submit a joint status report as to appropriate next steps regarding Centra Tech's motion, no later than **August 28, 2020**; to the extent that Centra Tech's status as a victim remains a live dispute, the parties should propose a date for an in-person evidentiary hearing. The status report must also set forth the parties' respective positions on Mr. Little's request. To the extent that either party opposes Mr. Little's request, he may file a reply no later than **September 11, 2020**.

The Clerk of Court is respectfully requested to mail a copy of this Order to Penn Little at 1077 N. Hermitage Ave., Unit 3, Chicago, IL 60622-3257, and note mailing on the docket.

**SO ORDERED.**

**Date: August 6, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**