USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _09/16/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

UNITED STATES OF AMERICA                    :
                                            :          19-CR-571 (VEC)
         -against-                          :
                                            :             ORDER
JOHN LAMBERT,                               :
a/k/a "Eric Pope,"                          :
                                Defendant.  :
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a purported victim of Defendant's scheme, Mr. Williamson Penn Little, has

requested victim's rights, including restitution, Dkt. 39;

        WHEREAS the Government and Defendant were ordered to file a joint status report

setting forth their respective positions on Mr. Little's request, Dkt. 40;

        WHEREAS the Government and Defendant submitted their opposition to Mr. Little's

motion, Dkt. 41, based on the "insufficient documentation" Mr. Little had submitted to date;

        WHEREAS Mr. Little was ordered to file his reply by no later than September 11, 2020;

        WHEREAS Mr. Little mailed his reply on September 11, 2020 and it was received by

this Court on September 15, 2020; and

        WHEREAS Mr. Little's submission included accompanying documents with personal

information;

        IT IS HEREBY ORDERED that Mr. Little's deadline to reply is extended to Wednesday,

September 16, 2020. In the future, filings from pro se participants must be received by the Court

by the deadline, not mailed by the deadline.

        IT IS FURTHER ORDERED that the accompanying documents to Mr. Little's

submission will be filed under seal;

IT IS FURTHER ORDERED that the Government must submit a joint status report setting forth the parties' respective positions on Mr. Little's request, by no later than **Friday, October 2, 2020.**

The Clerk of Court is respectfully directed to mail this Order to Mr. Little at One South Wacker Drive, Chicago, Illinois, 60606, and note the mailing on the docket.

**SO ORDERED.**

**Date:  September 16, 2020**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**