USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA           :
                                                      :    19-CR-571 (VEC)
    -against-                      :
                                                      :        ORDER
JOHN LAMBERT,                      :
a/k/a "Eric Pope,"                 :
                                     Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a purported victim of Defendant's scheme, Mr. Williamson Penn Little, has requested victim's rights, including restitution, Dkts. 39, 43;

       WHEREAS on September 15, 2020, the Court received a filing from Mr. Little, alleging that he contracted with an individual representing himself as attorney Eric Pope on the "Upwork.com" freelancer platform, Dkt. 43 ¶ 12;

       WHEREAS Mr. Little alleges he personally paid Mr. Pope $480.00 to draft an Opinion Letter in a business matter, using his Chase Visa United MileagePlus credit card, Dkt. 43 ¶¶ 20–21;

       WHEREAS Mr. Little asserts that he is entitled to $503,357.00 in restitution to cover the costs of three lawsuits filed against Mr. Little that he claims were the result of the advice he received from the individual representing himself to be Mr. Pope, Dkt. 43 at 18; and

       WHEREAS on October 2, 2020, the Government and Defendant filed a joint letter opposing Mr. Little's request to be recognized as a victim entitled to restitution, Dkt. 47;

       IT IS HEREBY ORDERED that by no later than **Wednesday, December 30, 2020**, Mr. Little must provide financial documentation demonstrating that he paid Mr. Pope $480.00.  By that date, Mr. Little must also provide information to the Court, in a letter not to exceed 5 pages, about the three lawsuits pending against him.  The letter must include the full caption of each

lawsuit including the docket number, the status of each lawsuit (whether it remains pending, whether a settlement has been reached, or whether a judgment has been entered), and the specific relationship between each lawsuit and the alleged legal services provided to Mr. Little by the individual representing himself as Mr. Pope.  The Court reminds Mr. Little that he may mail his filing to Chambers but that December 30, 2020, is the date by which the filing must be received, not the date by which the filing must be mailed.  *See* Dkt. 44.  Alternatively, Mr. Little may email his letter as an attachment to the Chambers inbox at CaproniNYSDchambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that the Government must inform the Court by no later than **Friday, December 18, 2020,** whether its investigation showed that Mr. Lambert provided fraudulent legal services via the "Upwork.com" freelancer platform and whether Defendant received payment for fraudulent legal services via credit cards.  The Court understands that the Government and defense counsel calculated restitution and forfeiture amounts by looking at payments sent to a PayPal account but that the Government has since conducted additional investigation in preparation of a proposed restitution order to be submitted to the Court.  *See* Dkt. 37.  In addition to filing this letter on ECF, the Government must also mail a copy to Mr. Little at the address listed below.

The Clerk of Court is respectfully directed to mail the Government's Response at docket entry 47 and this Order to Mr. Little at One South Wacker Drive, Chicago, Illinois, 60606, and note the two mailings on the docket.

**SO ORDERED.**

**Date:  December 5, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**