USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                    :
                                            :      19-CR-571 (VEC)
        -against-                         :
                                            :      ORDER
JOHN LAMBERT,                               :
a/k/a "Eric Pope,"                          :
                                             Defendant. :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Lambert is scheduled to be sentenced on Tuesday, May 11, 2021, at 11:00 A.M. in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007, Dkt. 60;

       WHEREAS New York State has lifted its quarantine requirements for out-of-state travelers, *see COVID-19 Travel Advisory*, N.Y. State, https://coronavirus.health.ny.gov/covid-19-travel-advisory (last visited Apr. 21, 2021) ("Asymptomatic travelers entering New York from another country, U.S. state, or territory are no longer required to test or quarantine as of April 10, 2021.");

       WHEREAS the Southern District of New York does not require out-of-state travelers to quarantine prior to entering the courthouse;

       WHEREAS the Southern District of New York does not require fully vaccinated out-of-state travelers to present a negative COVID test upon entry; and

       WHEREAS the Southern District of New York does require out-of-state travelers who are not fully vaccinated to present a negative COVID PCR diagnostic test administered within two days prior to entry to the courthouse;

IT IS HEREBY ORDERED that Mr. Lambert's May 11, 2021 sentencing will proceed in person as scheduled.  With no quarantine requirements as an impediment to travel, the Court sees no reason to further postpone the sentencing.

IT IS FURTHER ORDERED that Mr. Lambert, Defense counsel, and victim Penn Little must review the Court's entry requirements for out-of-state travelers, including Standing Order M10-468 (21-MC-164).  For additional information, see https://www.nysd.uscourts.gov/covid-19-coronavirus.

The Clerk of Court is respectfully directed to mail a copy of this Order to W. Penn Little, at 200 West Madison Street, Suite 2100, Chicago, Illinois 60606, and to note the mailing on the docket.

**SO ORDERED.**

_____

**Date:  April 21, 2021**              **VALERIE CAPRONI**
**New York, NY**                **United States District Judge**