USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :     19-CR-571 (VEC)
    -against-                           :
                                        :     ORDER
JOHN LAMBERT,                           :
a/k/a "Eric Pope,"                      :
                        Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Lambert is scheduled to be sentenced on Tuesday, May 11, 2021, at 11:00 A.M. in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007, Dkt. 60;

WHEREAS on August 6, 2019, Defendant pled guilty, admitted the forfeiture allegation, and agreed to forfeit $46,654.50; and

WHEREAS on March 3, 2021, the parties proposed to the Court that Mr. Lambert pay $21,337 in restitution to 8 victims, including $480 to W. Penn Little;

IT IS HEREBY ORDERED that by no later than **Friday, April 30, 2021,** Mr. Lambert must inform the Court whether he has attempted to make or has made any restitution payments to any victim. If Mr. Lambert has attempted to make or has made such restitution payments, he should file evidence of such payments as exhibits to his submission.

IT IS FURTHER ORDERED that by no later than **Friday, April 30, 2021**, the Government must file a letter addressing the following:

1. What are the components of the forfeiture amount?

2. Did any of the victims make victim impact statements, other than Penn Little? The Government must also confirm that all victims have been informed (a) that the sentencing

has been adjourned to Tuesday, May 11, 2021, at 11:00 A.M.; (b) that they may attend and make a statement, either in person or remotely; and (c) that they may participate remotely by using the dial in information listed on page 10 of the Court's January 28, 2021 Order, Dkt. 57.

3. Was Mr. Lambert's co-conspirator prosecuted?  If so, the Government must provide information about his sentence and any restitution order.

**SO ORDERED.**

**Date:  April 23, 2021**  
**New York, NY**

**VALERIE CAPRONI**  
**United States District Judge**