

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

May 3, 2021

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. John Lambert*, 19 Cr. 571 (VEC)

Dear Judge Caproni:

    The Government respectfully writes to provide the Court and the defendant with a victim impact statement from one of the victims in the above-captioned case, which the victim sent to the Government earlier today. The victim who wrote the statement is the third victim listed in Schedule A of the Consent Order of Forfeiture that the parties signed and submitted to the Court on or about February 26, 2021, and is referred to as "Victim-3" in the Government's April 28, 2021 letter to the Court.

    The statement is attached hereto as Exhibit A. The name of Victim-3 has been redacted from the publicly filed version of Exhibit A to protect the identity of Victim-3.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

by: _____
                        Benjamin Woodside Schrier
                        Assistant United States Attorney
                        Southern District of New York
                        (212) 637-1062

# **EXHIBIT A**

I was seeking professional legal help with my credit when I met the defendant who proclaimed to be a well-established attorney who handled credit situations like mine and who had successfully resolved many complex credit cases like mine in the past.  I did think I was being smart by hiring a legal help through a trusted platform like "Up Work", but I now know that was not the case.  I was the victim of identity fraud many years ago and that had plagued me for a very long time, and I had gotten to the point that I knew that this was not something that I could resolve with the credit bureaus myself since I had tried to do so with no luck for at least five years.  I never had $10,200.00 to pay out for the correction of my credit files and it was never my intention to pay that amount of money, my intention was to have a credible law firm to contact the credit bureaus and let them know they represented me and then work with them to correct my credit files.  When I spoke to the defendant, I was plainly trying to establish a minimal cost agreement for him to work on my behalf to do this for me, and he knew this and told me that he could and would.  I explained in detail all of the challenges I had faced with the identity theft that had been committed against me and how it had ruined my credit, and he told me that he understood and that he could help me to clear it up, little did I know that he too was looking to defraud me.  I think that is extremely cruel to know that you are already speaking with a victim who has plainly told you they were a victim and told you that they were defrauded, and you are looking to defraud them as well.  I think that takes a special kind of terrible person to take a victim and wish to further victimize them.

I paid the amount that I initially agreed to pay to the defendant which was a very minimal amount compared to the amount that he ended up defrauding me for.  When I did pay this amount, I expected to start seeing some results, but I did not see any results at all.  I would never hear anything at all from the defendant until I would start sending a multitude of emails to him.  I think when I sent about 4 or 4 emails he would then respond with some type of generic email.  The defendant also created other fake identities one of them was a lady called Skylar Honeycutt and she was the one that kept charging my credit card, but in truth I now know that was the defendant.  That was when I would hear from the defendant the most quickly was if there was ever an issue with the credit card payment going through.  I never heard from the defendant about anything regarding my case or any actions he was taking to resolve my case, but if any payment did not go through, I would get an email letting me know that I needed to provide them correct or updated credit card information so they could charge my card.

After a good deal of time had passed and I was getting suspicious that nothing was really happening on my case, I did start let the defendant know that I was beginning to question him and the fact that he was not doing anything at all, and it was then that he claimed that he actually had been and had been sending letters on my behalf and making phone calls, but that he believed that we needed to file suit.  I did ask him to provide me copies of the letters he had been sending and proof of the work that he had done and he acted like I had offended him by asking this and that it would be too much of a hassle to provide me with this information and told me that I should trust him and that it was not my place to question him as an attorney.  When he told me that we needed to file suit, I demanded that he call me on the phone so that I could speak with

him because I was feeling that something was just not right.  When he did call me he explained away all of the questions that I had and told me that I was insane for ever questioning him and that I should be ashamed of myself for questioning his integrity. He berated me on the phone and told me that I was irrational for ever questioning such an esteemed attorney from New York and started demanding that I send him a huge amount of money or that he would not do anymore work for me.  In truth he had never done one bit of work for me as I clearly became aware and had I not been in such a dire need for help with my credit help I would have never fallen prey to his tactics.  He insisted that I come up with the money to pay him by any means and suggested that I take money from my 401k. When I finally did send this person the money from my 401k then I never heard from him ever again.  This man is the worst of the worst in my opinion, he took someone who he already knew was a victim and targeted them to further victimize them and I don't know what gets worse than that.

During the Pandemic I did not have the money that I could have had from my 401k to rely on because this crook swindled me of it.  I suffered through a year of the Pandemic without proper resources to fall back on or to assist my family in such a dire time because this criminal decided he was going to steal a huge sum of money from me. I hope that you will punish him to the fullest extent of the law because this person has demonstrated that he is truly ruthless and has no care or concern for humanity.